IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TODD A. BOND, #R0741**                                **PLAINTIFF**

v.                                    **CIVIL NO. 1:16-cv-259-HSO-JCG**

**GLORIA PERRY, ET AL.**                              **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court sua sponte for consideration of dismissal. The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its Order of Dismissal entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 29th day of November, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE